# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EARNEST LARRY STOCKER**                                                                 **PLAINTIFF**

v.                                    4:21-CV-00771-BSM

**JIMMY BRADLEY, Cleveland County,**                                              **DEFENDANTS**
**Arkansas Sheriff's Dept.,** *et al.*

## ORDER

Earnest Larry Stocker's motion to dismiss [Doc. No. 3] is granted, and his complaint is dismissed without prejudice. FED. R. CIV. P. 41(a). Cleveland County's motion to dismiss [Doc. No. 4] is denied as moot.

IT IS SO ORDERED this 6th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE