# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**EARNEST LARRY STOCKER**                                                                 **PLAINTIFF**

v.                              4:21-CV-00771-BSM

**JIMMY BRADLEY, Cleveland County,**                                            **DEFENDANTS**
**Arkansas Sheriff's Dept.,** *et al.*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE